### 16185. TILLER *v.* THE STATE.

BROYLES, C. J. The verdict was authorized by the evidence, and the alleged error in admitting certain testimony, elicited on cross-examination of a witness for the defendant, does not require a new trial, under all the facts of the case.

> *Judgment affirmed. Luke and Bloodworth, JJ., concur.*
> DECIDED MARCH 27, 1925.